No. 5,526.—STATE EX REL. GEORGE O. FREEMAN, RELATOR, *v.* CHARLES T. STEWART, SECRETARY OF STATE, RESPONDENT.

Original application for writ of mandate to compel respondent secretary of state to certify to each county clerk within the State of Montana the name of relator as a candidate for the office of delegate at large to the Republican National Convention with the words "I favor a Progressive for President" printed after his name on the official nominating ballots.

Decided April 28, 1924.

PER CURIAM.—On application of counsel for relator herein the above proceeding is dismissed.

*Mr. George O. Freeman, pro se.*

---

No. 5,506.—STEVE TODOROFF, RESPONDENT, *v.* CHICAGO, MILWAUKEE & ST. PAUL RY. CO., APPELLANT.

*Appeal from District Court, Missoula County; Asa L. Duncan, Judge.*

Decided May 8, 1924.

PER CURIAM.—On stipulation of counsel, the appeal herein is dismissed.

*Messrs. Murphy & Whitlock,* for Appellant.

*Mr. A. G. Shone* and *Messrs. Frank & Gaines,* for Respondent.